Argued and submitted May 22, appeal dismissed July 10, 1985

ROTHSTEIN,
*Appellant,*

*v.*

OREGON PHYSICIAN'S SERVICE,
*Respondent.*

(A8312-07563; CA A33509)

702 P2d 84

Gareld Joel Gedrose, Beaverton, argued the cause and filed the brief for appellant.

Stephen J. Connolly, Portland, argued the cause for respondent. With him on the brief was Niehaus, Hanna, Murphy, Green, Osaka & Dunn, Portland.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

Plaintiff appeals from an order of dismissal. However, the order is not a judgment, decree[1] or appealable order within the meaning of ORS 19.010, and the document is not so labeled as required by ORCP 70A. Therefore, the appeal must be dismissed on our own motion for want of appellate jurisdiction. *City of Portland v. Carriage Inn,* 296 Or 191, 673 P2d 531 (1983).

Appeal dismissed.

---

[1] Although ORS 19.010 distinguishes "judgments" and "decrees," the latter term is an archaism. ORCP 67A.